# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBRA ANN PETERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7553** |
| **MALISE PRIETO** | **SECTION "R"(1)** |

## ORDER WITHDRAWING REFERENCE

Considering that all parties will not consent to proceed before the United States Magistrate Judge for trial.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Sally Shushan pursuant to Local Rule 73.2E is hereby withdrawn.

IT IS FURTHER ORDERED that a preliminary conference will be held by telephone on THURSDAY, JUNE 10, 2010, at 10:45 a.m. for the purpose of selecting pretrial conference and trial dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this __21st__ day of May, 2010.

*Sarah Vance*
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

cc: U.S. Magistrate Judge Shushan